```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 03 B 48998
    KONGSENG PHOMMACHANH
    CHANTIAN PHOMMACHANH                        CHAPTER 13

                                                JUDGE: MANUEL BARBOSA
            Debtor
    SSN XXX-XX-4181      SSN XXX-XX-1139
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 12/03/03 and confirmed on 03/16/04.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  66258.00 .

   4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMCORE BANK | SECURED | 15285.23 | 1206.88 | 15285.23 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 15559.20 | 988.92 | 15559.20 |
| ROUNDUP FUNDING LLC | UNSECURED | 13064.43 | 830.34 | 13064.43 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2870.58 | 182.35 | 2870.58 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 9838.03 | 625.34 | 9838.03 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 692.06 | 43.93 | 692.06 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 15285.23 | .00 | 42024.30 | .00 | 57309.53 |
| PRINCIPAL PAID | 15285.23 | .00 | 42024.30 | .00 | 57309.53 |
| INTEREST PAID | 1206.88 | .00 | 2670.88 | .00 | 3877.76 |
| TOTAL PAID | 16492.11 | .00 | 44695.18 | .00 | 61187.29 |

The Debtor's attorney, JAMES A YOUNG & ASSOC          , was allowed $  2700.00
and was paid $    700.00  direct and $   2000.00  through the plan.

The Trustee received $   3044.21 .

Refunds to the Debtor totaled $      26.50 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 02/09/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE

```
                              PAGE   2
   CASE NO. 03 B 48998 KONGSENG PHOMMACHANH & CHANTIAN PHOMMACHANH
```